UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

THELMA FLEMMING

   Plaintiff,                                  CASE NO.: 2:18-cv-02258-TLP-tmp

-v-

CAPITAL ONE BANK (USA), N.A.,

   Defendant.
_____/

## NOTICE OF SETTLEMENT

     Plaintiff, Thelma Flemming, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                                           */s/ Frank H. Kerney III*
                                                           Frank H. Kerney III, Esquire
                                                           BPR No.: 035859
                                                           Morgan & Morgan, Tampa, P.A.
                                                           One Tampa City Center
                                                           201 N. Franklin Street, 7th Floor
                                                           Tampa, FL 33602
                                                           Tele: (813) 223-5505
                                                           Fax: (813) 223-5402
                                                           fkerney@forthepeople.com
                                                           shill@forthepeople.com
                                                           slauredan@forthepeople.com
                                                           Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all counsel of record via e-mail through the CM/ECF system on this 26th day of September, 2018.

>Lauren Paxton Roberts, Esq.
>Stites & Harbison, PLLC – Nashville
>401 Commerce Street
>Suite 800
>Nashville, TN 37219
>Tele:  (615) 782-2284
>Fax:  (615) 742-0729
>Lauren.Roberts@stites.com
>
>*Counsel for Defendant*

>*/s/ Frank H. Kerney III*
>Frank H. Kerney III, Esquire
>BPR No.: 035859