# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| THELMA FLEMMING, | ) |
| Plaintiff, | ) |
| | ) No. 2:18-cv-02258-TLP-tmp |
| v. | ) |
| | ) JURY DEMAND |
| CAPITAL ONE BANK, | ) |
| Defendant. | ) |

## JUDGMENT

**JUDGMENT BY COURT.**  This action came before the Court on Plaintiff's Complaint, filed on April 17, 2018.  (ECF No. 1.)  In accordance with the Joint Stipulation of Dismissal (ECF No. 26), filed by the parties in the case and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that this action is

**DISMISSED WITH PREJUDICE.**  Each party in this case shall bear its own costs, expenses and attorney's fees.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

November 6, 2018
Date